IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES F. LONG,                                  No. CIV S-06-1603-MCE-CMK-P

       Plaintiff,

   vs.                                          ORDER

Unknown,

       Defendants.

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed a document entitled "Petition For Extension For Filing Law Suit Per Section 946.6" (Doc. 1). Plaintiff states that he is attempting to pursue a claim, apparently under the California Tort Claims Act. He states that, given his incarceration, he is unable to find counsel to present his case. Plaintiff seeks from this court an extension of time to file his tort action. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

      On July 24, 2006, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days. Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 24, 2006, are adopted in full;
2. This action is dismissed; and
3. The Clerk of the Court is directed to enter judgment and close this file.

DATED: August 18, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE